UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>vs.<br><br>SCOTT WILLIAM SUTHERLAND, ET. AL.<br>DEFENDANTS.<br>_____/ | HON. ROBERT H. CLELAND<br><br>CASE #: 11-20129 |
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>vs.<br><br>JEFF GARVIN SMITH, ET. AL.<br>DEFENDANTS.<br>_____/ | CASE #: 11-20066 |
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>vs.<br><br>SMILEY VILLA, ET. AL.<br>DEFENDANTS.<br>_____/ | CASE #: 12-20387 |

**DEFENDANT SCOTT PERKINS, FOR HIMSELF AND ON BEHALF
OF GROUP 3 DEFENDANTS, RESPONSE TO THE GOVERNMENT'S
MOTION TO DESIGNATE CASE AS A COMPLEX CASE
AND FOR EXCLUDABLE DELAY**

Defendant Scott Perkins, by his attorney Margaret Sind Raben, acting for himself and on behalf of all Group 3 Defendants, concurs with the relief requested in the Government's Motion to Designate Case as a Complex Case and for Excludable Delay.

Respectfully Submitted,

**GUREWITZ & RABEN, PLC**

|  |  |
|---|---|
|  | By:   s/Margaret Sind Raben |
|  | 333 W. Fort Street, 11th floor |
|  | Detroit, MI 48226 |
|  | (313) 628-4708 |
|  | Email:  msraben@aol.com |
| Date: February 13, 2013 | Attorney Bar Number:  39243 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

> s/Margaret Sind Raben (P39243)
> Gurewitz & Raben, PLC
> 333 W. Fort Street, Suite 1100
> Detroit, MI 48226
> (313) 628-4708
> email: msraben@aol.com