UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.

SCOTT WILLIAM SUTHERLAND, ET. AL.
    DEFENDANTS.
_____/

HON. ROBERT H. CLELAND

CASE #: 11-20129

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.

JEFF GARVIN SMITH, ET. AL.
    DEFENDANTS.
_____/

CASE #: 11-20066

### GROUP 3 AND DEFENDANT SCOTT THOMAS PERKINS' RESPONSE TO THE GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY

Now comes Scott Thomas Perkins by his attorney, Margaret Sind Raben, as liaison counsel for Group 3 and advises the Court that the Defendants in Group 3 do not object to the Government's motion seeking a determination of excludable delay. (R570).

Respectfully Submitted,

s/Margaret Sind Raben
Counsel for Scott Perkins, D-24
Gurewitz & Raben, PLC
333 W. Fort Street, 11th floor
Detroit, MI 48226
(313) 628-4708
Email: msraben@aol.com
Attorney Bar Number: P39243

s/Ryan Machasic w/ permission
Counsel for David Drozdowski, D-17
Ryan H. Machasic, PC
134 Market St
Mount Clemens, MI 48043
(586) 914-6140
Email: machasiclaw@gmail.com
Attorney Bar Number: P70251

s/Richard H. Morgan w/permission
Counsel for Smiley Villa, D-18
Law Office of Richard H. Morgan Jr PC
485 Orchard Lake Rd Ste 203
Pontiac, MI  48341
(248) 334-8970
Email: rhm_jr@msn.com
Attorney Bar Number: P23924

s/David Cripps w/permission
Counsel for Sylvester Wesaw, D-21
Law Office of Cripps & Silver
431 Gratiot Ave
Detroit, MI  48226
(313) 963-0210
Email: david.cripps@sbcglobal.net
Attorney Bar Number: P34972

s/Michael McCarthy w/permission
Counsel for Howard Quant, D-23
Michael J. McCarthy PC
26001 5 Mile Rd
Redford, MI  48239
(313) 535-1300
Email: mjfmccltd@yahoo.com
Attorney Bar Number: P30169

s/Edward Wishnow w/permission
Counsel for Clifford Rhodes, D-25
240 Daines St
Birmingham, MI  48009
(248) 258-1991
Email: edwishnow@aol.com
Attorney Bar Number: P22472

s/Jeffrey Butler w/permission
Counsel for Christopher Cook, D-27
540 Longpointe Dr
Lake Orion, MI  48362
(248) 770-3847
Email: jeffb507@aol.com
Attorney Bar Number: P25348

s/Stevens J. Jacobs w/permission
Counsel for Jason Cook, D-31
Jacobs Law Office, P.C.
45 N. Tuscola Road
Bay City, MI 48708-6685
(989) 892-8611
Email: jacobslawoffice@sbcglobal.net
Attorney Bar Number: P35020

s/Sheldon Halpern w/permission
Counsel for Salvatore Battaglia, D-33
Sheldon Halpern PC
26339 Woodward Ave
Huntington Woods, MI  48070
Email: shalpern@sbcglobal.net
Attorney Bar Number: P14560

Jeffrey M. Day
Counsel for Wayne Werth, D-35
Gorte and Day
918 N. Water Street
Bay City, MI 48708
989-894-5670
Email: jeffreymday@hotmail.com
Attorney Bar Number: P55472

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

> s/Margaret Sind Raben (P39243)
> Gurewitz & Raben, PLC
> 333 W. Fort Street, Suite 1100
> Detroit, MI 48226
> (313) 628-4708
> email: msraben@aol.com