UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                           Case No. 2:11−cr−20129−RHC−MAR
                                           Hon. Robert H. Cleland

David Randy Drozdowski, et al.,

                Defendant(s),

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of hearing on [669] MOTION for Bond as to David Randy Drozdowski. **Motion Hearing set for 10/23/2013 02:00 PM before District Judge Robert H. Cleland** (LWag)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 712.

**ADDITIONAL INFORMATION:**    DEFENDANT DAVID DROZDOWKSI HAS WAIVED HIS APPEARANCE AT THE HEARING

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/L. Wagner
                                                          Case Manager

Dated:   October 1, 2013