**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 11-20129-17

DAVID RANDY DROZDOWSKI,

    Defendant.
                                        /

**ORDER DENYING MOTION FOR BOND**

Before the court is a motion for bond, filed by Defendant David Randy Drozdowski. The court conducted a hearing on the motion on October 22, 2013. During the hearing, the court made provisional findings indicating its intention to deny the motion, as Defendant had not demonstrated changed circumstances. The court, however, gave Defendant another opportunity to submit additional materials to persuade the court otherwise. Defendant thereafter submitted a brief which did not provide any further materials in support of his argument. Accordingly, for the reasons stated on the record during the October 22, 2013 hearing,

IT IS ORDERED that Defendant's motion for bond [Dkt. # 669] is DENIED.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: December 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2013, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522