UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.

SCOTT WILLIAM SUTHERLAND, ET. AL.
    DEFENDANTS.
_____/

HON. ROBERT H. CLELAND

CASE #: 11-20129

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.

JEFF GARVIN SMITH, ET. AL.
    DEFENDANTS.

CASE #: 11-20066

## NOTICE OF JOINDER BY GROUP 3

Defendants David Drozdowski (D-17), Smiley Villa (D-18), Sylvester Wesaw (D-21), Scott Perkins (D-24), Clifford Rhodes (D-25), Christopher Cook (D-27), Jason Cook (D-31), Salvatore Battaglia (D-33) and Wayne Werth (D-35), through their respective counsel, join in:

1. Docket Entry #822: Defendant Paul Anthony Darrah's *Motion to Suppress March 20, 2008 Title III Wire Intercept;* and.

2. Docket Entry #823: Defendant Paul Anthony Darrah's *Motion to Suppress Six Extensions of Title III Wire Intercept.*

Respectfully Submitted,

s/Margaret Sind Raben
Counsel for Scott Perkins, D-24
Gurewitz & Raben, PLC
333 W. Fort Street, 11th floor
Detroit, MI 48226
(313) 628-4708
Email: msraben@aol.com
Attorney Bar Number: P39243

s/Ryan Mahasic w/permission
Counsel for David Drozdowski, (D-17)
Ryan H. Machasic, PC
134 Market St
Mount Clemens, MI  48043
(586) 914-6140
Email: machasiclaw@gmail.com
Attorney Bar Number: P70251

| | |
|---|---|
| s/Richard H. Morgan w/permission<br>Counsel for Smiley Villa, D-18<br>Law Office of Richard H. Morgan Jr PC<br>485 Orchard Lake Rd Ste 203<br>Pontiac, MI  48341<br>(248) 334-8970<br>Email: rhm_jr@msn.com<br>Attorney Bar Number: P23924 | s/Steven J. Jacobs w/permission<br>Counsel for Jason Cook, D-31<br>Jacobs Law Office<br>45 N. Tuscola Road<br>Bay City, MI 48708<br>(989) 892-8611<br>Email: jacobslawoffice@sbcglobal.net<br>Attorney Bar Number: P35020 |
| s/David Cripps w/permission<br>Counsel for Sylvester Wesaw, D-21<br>Law Office of Cripps & Silver<br>431 Gratiot Ave<br>Detroit, MI  48226<br>(313) 963-0210<br>Email: david.cripps@sbcglobal.net<br>Attorney Bar Number: P34972 | s/Martin E. Crandall w/permission<br>Counsel for Salvatore Battaglia, D-33<br>Clark Hill PLC<br>500 Woodward Ave, Suite 3500<br>Detroit, MI 48226<br>Email: mcrandall@clarkhill.com<br>Attorney Bar Number: P26824 |
| s/Edward Wishnow w/permission<br>Counsel for Clifford Rhodes, D-25<br>240 Daines St<br>Birmingham, MI  48009<br>(248) 258-1991<br>Email: edwishnow@aol.com<br>Attorney Bar Number: P22472 | s/Jeffrey M. Day w/permission<br>Counsel for Wayne Werth, D-35<br>Gorte & Day<br>918 N. Water Street<br>Bay City, MI 48708<br>(989) 894-5670<br>Email: jeffreymday@hotmail.com<br>Attorney Bar Number: P55472 |
| s/Jeffrey Butler w/permission<br>Counsel for Christopher Cook, D-27<br>540 Longpointe Dr<br>Lake Orion, MI  48362<br>(248) 770-3847<br>Email: jeffb507@aol.com<br>Attorney Bar Number: P25348 | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

> s/Margaret Sind Raben (P39243)
> Gurewitz & Raben, PLC
> 333 W. Fort Street, Suite 1100
> Detroit, MI 48226
> (313) 628-4708
> email: msraben@aol.com