**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA                    HON. ROBERT H. CLELAND
    PLAINTIFF,

                                           **CASE #: 11-20129**

VS.

SCOTT WILLIAM SUTHERLAND, ET. AL.
    DEFENDANTS.
_____/

UNITED STATES OF AMERICA
    PLAINTIFF,

                                           **CASE #: 11-20066**

VS.

JEFF GARVIN SMITH, ET. AL.
    DEFENDANTS.

**AMENDED NOTICE OF JOINDER BY GROUP 3**

Defendants David Drozdowski (D-17), Smiley Villa (D-18), Sylvester Wesaw (D-21),

Howard Quant (D-23), Scott Perkins (D-24), Clifford Rhodes (D-25), Christopher Cook (D-27),

Jason Cook (D-31), Salvatore Battaglia (D-33) and Wayne Werth (D-35), through their

respective counsel, join in:

1.      Docket Entry #822: Defendant Paul Anthony Darrah's *Motion to Suppress March 20,*

        *2008 Title III Wire Intercept;* and.

2.      Docket Entry #823: Defendant Paul Anthony Darrah's *Motion to Suppress Six Extensions*

        *of Title III Wire Intercept.*

Respectfully Submitted,

s/Margaret Sind Raben                s/Ryan Mahasic w/permission
Counsel for Scott Perkins, D-24       Counsel for David Drozdowski, (D-17)
Gurewitz & Raben, PLC              Ryan H. Machasic, PC
333 W. Fort Street, 11th floor        134 Market St
Detroit, MI 48226                   Mount Clemens, MI  48043
(313) 628-4708                     (586) 914-6140
Email:  msraben@aol.com          Email: machasiclaw@gmail.com
Attorney Bar Number: P39243        Attorney Bar Number: P70251

s/Richard H. Morgan w/permission
Counsel for Smiley Villa, D-18
Law Office of Richard H. Morgan Jr PC
485 Orchard Lake Rd Ste 203
Pontiac, MI  48341
(248) 334-8970
Email: rhm_jr@msn.com
Attorney Bar Number: P23924

s/David Cripps w/permission
Counsel for Sylvester Wesaw, D-21
Law Office of Cripps & Silver
431 Gratiot Ave
Detroit, MI  48226
(313) 963-0210
Email: david.cripps@sbcglobal.net
Attorney Bar Number: P34972

s/Michael McCarthy w/permission
Counsel for Howard Quant, D-23
Michael J. McCarthy PC
26001 5 Mile Rd
Redford, MI  48239
(313) 535-1300
Email: mjfmccltd@yahoo.com
Attorney Bar Number: P30169

s/Edward Wishnow w/permission
Counsel for Clifford Rhodes, D-25
240 Daines St
Birmingham, MI  48009
(248) 258-1991
Email: edwishnow@aol.com
Attorney Bar Number: P22472

s/Jeffrey Butler w/permission
Counsel for Christopher Cook, D-27
540 Longpointe Dr
Lake Orion, MI  48362
(248) 770-3847
Email: jeffb507@aol.com
Attorney Bar Number: P25348

s/Steven J. Jacobs w/permission
Counsel for Jason Cook, D-31
Jacobs Law Office
45 N. Tuscola Road
Bay City, MI 48708
(989) 892-8611
Email: jacobslawoffice@sbcglobal.net
Attorney Bar Number: P35020

s/Martin E. Crandall w/permission
Counsel for Salvatore Battaglia, D-33
Clark Hill PLC
500 Woodward Ave, Suite 3500
Detroit, MI 48226
Email: mcrandall@clarkhill.com
Attorney Bar Number: P26824

s/Jeffrey M. Day w/permission
Counsel for Wayne Werth, D-35
Gorte & Day
918 N. Water Street
Bay City, MI 48708
(989) 894-5670
Email: jeffreymday@hotmail.com
Attorney Bar Number: P55472

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Margaret Sind Raben (P39243)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1100
Detroit, MI 48226
(313) 628-4708
email: msraben@aol.com