**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES,

    Plaintiff,

v.                                     Case No.    11-20129

DAVID RANDY DROZDOWSKI (D-17),

    Defendant.
                                            /

## OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUBPOENA

On September 23, 2015, Defendant David Randy Drozdowski filed, under seal, an Emergency Motion for Rule 17 Subpoena. The motion indicates that the Government takes no position on the merits of the request. Having reviewed the motion, and in an absence of opposition to the motion, the court is persuaded that the requirements for a subpoena under Federal Rule of Criminal Procedure 17 are met. Accordingly,

IT IS ORDERED that the Emergency Motion for Rule 17 Subpoena (Dkt. # 1519) is GRANTED. Defendant shall present to the court the appropriate forms for signature.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 24, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 24, 2015, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522